

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.**,
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: September 25, 2019

DISMISSED

The parties have filed a joint motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1. The motion is granted. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Per the parties' agreement, each party shall bear their respective costs of appeal. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM